UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>G. SILVA, et al.,<br><br>          Defendants. | Case No.: 1:14-cv-00564-LJO-SAB (PC)<br><br>ORDER DIRECTING THAT ACTION PROCEED AGAINST DEFENDANT DUMONT FOR RETALIATION, DISMISSING ALL OTHER CLAIMS AND PARTIES, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS<br><br>[ECF No. 9] |

Plaintiff James Cato, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 10, 2014, the Magistrate Judge screened Plaintiff's complaint and granted Plaintiff the option of filing an amended complaint or notifying the Court of his intent to proceed on the retaliation against Defendant Dumont only.

On July 23, 2014, Plaintiff filed a notice of intent to proceed on the retaliation claim against Defendant Dumont only and dismiss all other claims and defendants from the action for failure to state a cognizable claim for relief. Accordingly, based on Plaintiff's notice, the Court HEREBY ORDERS as follows:

1. This action shall proceed against Defendant Dumont for retaliation in violation of the First Amendment;

1

2. All other claim and defendants are dismissed from this action for failure to state a claim; and

3. This action is referred back to the Magistrate Judge to initiate service of process.

IT IS SO ORDERED.

Dated: **July 24, 2014**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2