UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>J. A. DUMONT, et al.,<br><br>        Defendant. | Case No.: 1:14-cv-00564-LJO-SAB (PC)<br><br>ORDER AS TO WHY ENTRY OF DEFAULT SHOULD NOT BE ENTERED AS TO DEFENDANT DUMONT<br><br>[ECF No. 16] |

     Plaintiff James Cato, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

     This action is proceeding on Plaintiff's claim of retaliation against Defendant Dumont.

     Despite being served with process on August 22, 2014, Defendant Dumont has not filed a response to Plaintiff's complaint. (ECF No. 16.)

     Rule 55(a) of the Federal Rules of Civil Procedure requires that the Clerk of the Court enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

///

///

///

///

1

On this record it appears that entry of default is appropriate. Accordingly, within thirty (30) days from the date of service of this order, Plaintiff shall indicate whether entry of default as to Defendant Dumont is appropriate.

IT IS SO ORDERED.

Dated:   **January 9, 2015**

UNITED STATES MAGISTRATE JUDGE