# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., | ) Case No.: 1:14-cv-00564-LJO-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER STRIKING DEFENDANT<br>) DUMONT'S ANSWER  FROM THE RECORD<br>) AS ENTRY OF DEFAULT REMAINS<br>) OUTSTANDING |
| G. SILVA, et al., | ) |
| Defendants. | ) [ECF No. 21] |
| | ) |

Plaintiff James Cato, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 29, 2015, the Court entered default as to Defendant J. Dumont.  (ECF No. 19.)

On February 4, 2015, Defendant Dumont filed an answer to the complaint.  (ECF No. 21.) Although Defendant Dumont has responded to the complaint, he has not responded and/or addressed the entry of default as to him.  As such, the entry of default pursuant to Rule 55(c) of the Federal Rules of Civil Procedure remains in effect and Defendant Dumont's answer to the complaint must be STRICKEN from the record.

IT IS SO ORDERED.

Dated:  __February 5, 2015__

_____
UNITED STATES MAGISTRATE JUDGE