UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>G. SILVA, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00564-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT DUMONT'S MOTION TO SET ASIDE ENTRY OF DEFAULT, DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS MOOT, AND GRANTING DEFENDANT DUMONT THIRTY DAYS TO RE-FILE ANSWER TO COMPLAINT<br><br>[ECF Nos. 24, 25] |

Plaintiff James Cato, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 4, 2015, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that objections to the Findings and Recommendations were to be filed within twenty days. Plaintiff filed objections on March 23, 2015, and Defendant filed a response on March 27, 2015. Local Rule 304(b), (d).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on March 4, 2015, is adopted in full;
2. Defendant Dumont's motion to set aside entry of default is GRANTED;
3. Plaintiff's motion for default judgment is DENIED as MOOT; and
4. Defendant Dumont has thirty (30) days from the date of service of this order to re-file his answer to the complaint.

IT IS SO ORDERED.

Dated:   **March 30, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE