UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., <br><br> Plaintiff, <br><br> v. <br><br> G. SILVA, et al., <br><br> Defendants. | Case No.: 1:14-cv-00564-LJO-SAB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR EVIDENTIARY HEARING ON ISSUE OF EXHAUSTION <br><br> [ECF Nos. 32, 36] |

Plaintiff James Cato, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 20, 2015, the Magistrate Judge filed a Findings and Recommendation which was served on the parties and which contained notice to the parties that objections to the Findings and Recommendations were to be filed within thirty days.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on November 20, 2015, is adopted in full;
2. Defendant's motion for summary judgment for failure to exhaust the administrative remedies is DENIED; and
3. The matter is referred back to the Magistrate Judge for further proceedings, including an evidentiary hearing on the issue of exhaustion of the administrative remedies.

IT IS SO ORDERED.

Dated: **January 6, 2016**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE