# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR.,<br><br>          Plaintiff,<br><br>    v.<br><br>J. DUMONT,<br><br>          Defendant. | Case No.: 1:14-cv-00564-LJO-SAB (PC)<br><br>ORDER RESCHEDULING EVIDENTIARY HEARING TO TUESDAY, FEBRUARY 16, 2016, AND VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED JANUARY 11, 2016<br><br>[ECF Nos. 38, 39] |

       Plaintiff James Cato, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

       This case is currently set for an evidentiary hearing on Wednesday, February 17, 2016, on the issue of exhaustion of the administrative remedies. Because of scheduling conflict of the Court, the evidentiary hearing is HEREBY rescheduled from February 17, 2016, to February 16, 2016, at 10:30 a.m. in Courtroom #9. The writ of habeas corpus ad testificandum issued January 11, 2016, is VACATED, and a new writ will be issued for Plaintiff's to appear on February 16, 2016.

       Defendant is advised that witnesses may appear via videoconference; however, the witness must be able to view and address any and documents presented at the hearing, whether presented by Defendant or Plaintiff.

///

///

1 | Accordingly, it is HEREBY ORDERED that:
2 | 1. The evidentiary hearing set for February 17, 2016, is VACATED and
3 | RESCHEDULED to Tuesday, February 16, 2016, at 10:30 a.m. in Courtroom #9; and
4 | 2. The writ of habeas corpus ad testificandum issued January 11, 2016, is VACATED and
5 | a new writ will issue for Plaintiff's presence on Tuesday, February 16, 2016.

IT IS SO ORDERED.

Dated:   **January 26, 2016**

UNITED STATES MAGISTRATE JUDGE