UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR.,<br><br>          Plaintiff,<br><br>    v.<br><br>J. DUMONT,<br><br>          Defendant. | Case No.: 1:14-cv-00564-LJO-SAB (PC)<br><br>ORDER THAT INMATE JAMES CATO, JR. IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    Plaintiff James Cato, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    An evidentiary hearing commenced on February 16, 2016, inmate James Cato, Jr., C.D.C.R. Inmate No. H-35663, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **February 16, 2016**

UNITED STATES MAGISTRATE JUDGE

1